**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 05-1324**

───────────

DANNY RAY COLEMAN,

Plaintiff - Appellant,

versus

MICHAEL EDWARDS, individually and in his
capacity as a deputy sheriff for Columbus
County, North Carolina; COLUMBUS COUNTY, North
Carolina,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (CA-04-193)

───────────

Submitted:  October 7, 2005          Decided:  October 20, 2005

───────────

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Charles Everett Robinson, ROBINSON LAW OFFICE, Rocky Mount, North
Carolina, for Appellant.  Norwood P. Blanchard, III, CRANFILL,
SUMNER & HARTZOG, L.L.P., Wilmington, North Carolina, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Danny Ray Coleman appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) and related state law claims arising out of an arrest based on mistaken identity. We have reviewed the record included on appeal, and find no reversible error. Accordingly, we affirm. See Thompson v. Prince William County, 753 F.2d 363, 364 (4th Cir. 1985); Smith v. Hefner, 68 S.E.2d 783, 787 (N.C. 1952). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED